IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| SARAH COCHRAN and<br>TIFFANY WARD | PLAINTIFFS |
| v.    Case No. 2:20-cv-00134-KGB | |
| BOAR'S HEAD PROVISIONS<br>COMPANY INC. | DEFENDANT |

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 28). The joint motion to dismiss with prejudice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court grants the joint motion to dismiss with prejudice (*Id*.). The action is dismissed with prejudice, with each party to bear its own costs, including attorneys' fees associated with this litigation to the extent not otherwise provided for in the settlement agreement between the parties.

So ordered this 12th day of January, 2021.

_____
Kristine G. Baker
United States District Judge